395 A.2d 993

Nigrelli et al. v. Metropolitan Life Insurance Company, Appellant.

Argued September 11, 1978. K. Upright, with him Lawrence M. Ludwig, for appellant; John Barry Beemer, for appellees.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment affirmed.

HESTER, J., dissented.